# CARTER LEDYARD MILBURN

**Alan S. Lewis**
Partner
lewis@clm.com

2 Wall Street
New York, NY 10005
D / 212-238-8647

October 29, 2021

**BY ECF**

Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Application GRANTED.  Petitioner's deadline to file an amended Petition for Writ of Habeas Corpus is extended from November 4, 2021, to **January 18, 2022**.*

*Dated: November 1, 2021*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   *Alverez v. Capra*
      Index No. 19-cv-9003 (LGS) / Assented Request for Extension of Time

Dear Judge Schofield:

On behalf of Mr. Alverez and pursuant to Rule 2 of this Court's individual rules, we respectfully request an additional 75-day extension of the due date to file an amended Petition for a Writ of Habeas Corpus and a Memorandum of Law.  This is our second request for an extension, to which *Respondent consents*.  The requested extension does not affect any other deadlines.

If granted, the current due date of November 4, 2021 would be extended to January 18, 2022.  The requested extension is due to other commitments, including unalterable deadlines in other cases as well as the scope of substantial record that I continue to review.

Respectfully submitted,

*/s/ Alan S. Lewis*

Alan S. Lewis

ASL:bp

cc:   **BY ECF**

   Jodi A. Danzig, Esq.
   Assistant Attorney General

   *Attorney for Respondent*

11010987.1

Carter Ledyard & Milburn LLP / clm.com