```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY ALVAREZ,

                       Petitioner,

      - against -

WILLIAM KEYSER, et al.,

                      Respondents.
------------------------------------------------------------X

19-CV-9003 (LGS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    On July 19, 2022, Respondents filed their opposition to the petition. If Petitioner wishes to file a reply, he shall do so no later than **September 19, 2022**.

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: July 19, 2022
         New York, New York

Copies transmitted this date to all counsel of record.