```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY ALVAREZ,                              :
                                              :
                                              :   19-CV-9003 (LGS) (RWL)
                         Petitioner,          :
                                              :
          - against -                         :   ORDER
                                              :
WILLIAM KEYSER, et al.,                       :
                                              :
                         Respondents.         :
                                              :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     Petitioner's request at Dkt. 36 that the Court order Respondent to answer the amended habeas corpus petition filed on March 18, 2022 is granted in part; rather than 30 days, Respondent shall have 75 days to file an answer. The parties and the Court clearly contemplated that Respondent would file an answer and not merely a motion to dismiss based on timeliness. Accordingly, Respondent shall file an answer **by November 14, 2022**.

                                                    SO ORDERED.

                                                  _____
                                                  ROBERT W. LEHRBURGER
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: July 29, 2022
       New York, New York

Copies transmitted this date to all counsel of record.