```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY ALVAREZ,

                      Petitioner,

     - against -

WILLIAM KEYSER, et al.,

                      Respondents.
------------------------------------------------------------X

19-CV-9003 (LGS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       This order replaces the Court's prior order at Dkt. 39. Petitioner's request at Dkt. 36 that the Court order Respondent to answer the amended habeas corpus petition filed on March 18, 2022 is granted in part; rather than 30 days, Respondent shall have 75 days to file an answer. The parties and the Court clearly contemplated that Respondent would file an answer and not merely a motion to dismiss based on timeliness. Accordingly, Respondent shall file an answer by **October 12, 2022**.

                                           SO ORDERED.

                                           _____
                                           ROBERT W. LEHRBURGER
                                           UNITED STATES MAGISTRATE JUDGE

Dated: July 29, 2022
       New York, New York

Copies transmitted this date to all counsel of record.