UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY ALVAREZ,
                         Plaintiff,

          -against-                        19 Civ. 9003 (LGS)

MICHAEL CAPRA, et al.,                   ORDER
                        Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that Respondent's motion to dismiss is denied without prejudice due to the order to answer issued at Dkt. No. 41 and confirmed at Dkt. No. 43. Respondent's timeliness defense may be included in Respondent's answer to the petition.

      The Clerk of Court is respectfully directed to close the motion at Dkt. No. 31.

Dated: August 8, 2022
       New York, New York

                                                  LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE