```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY ALVAREZ,                                            :
                                                            :   19-CV-9003 (LGS) (RWL)
                                  Petitioner,               :
                                                            :
            - against -                                     :   ORDER
                                                            :
WILLIAM KEYSER, et al.,                                     :
                                                            :
                                  Respondents.              :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Respondent filed a responding memorandum of law on October 28, 2022, as required. Given the length of Respondent's brief, Petitioner's reply shall be filed no later than **February 1, 2023**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 28, 2022
        New York, New York

Copies transmitted this date to all counsel of record.